# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE: REAPPOINTMENT TO      :   No. 285

                                       :   DISCIPLINARY BOARD APPOINTMENT

DISCIPLINARY BOARD         :   DOCKET

# O R D E R

**PER CURIAM:**

AND NOW, this 20th day of July, 2015, Douglas W. Leonard,* Butler County, is hereby reappointed as a member of the Disciplinary Board for a term of three years commencing August 7, 2015.

*Non-lawyer member